UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROTI DASHA POWELL,

    Plaintiff,

  v.

BASS, et al.,

    Defendants.

Case No. 23-cv-00511-JSC

**ORDER OF DISMISSAL**

Plaintiff, a California prisoner proceeding without a lawyer, filed this civil rights case under 42 U.S.C. § 1983.  On February 23, 2023, mail sent to Plaintiff was returned by the postal service as undeliverable because Plaintiff was no longer at the address he had provided to the Court.  Under Local Rule 3-11(b), parties must keep the Court informed of their current mailing address, and the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case or motion without prejudice.  More than sixty days have elapsed since the return of Plaintiff's mail, and Plaintiff has not updated his address.  Accordingly, this case is DISMISSED without prejudice.  Plaintiff may re-file his complaint in a new case, provided he maintains an updated address and complies with the local rules.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 2, 2023

JACQUELINE SCOTT CORLEY
United States District Judge